427 A.2d 1221

Commonwealth v. Turner, Appellant.

September 13, 1979. Charlotte A. Nichols, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgments of sentence affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.